Loren W. Collins, OSB 82221
Email: lorencollins2014@outlook.com
Loren Collins P.C.
388 State St., Ste. 615
Salem, OR  97301
Tel. 971.273.0427
Facsimile 503.689.1493
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **SUSAN BLAKE,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**CURRY HEALTH DISTRICT, ANDREW BAIR in his individual capacity, LORA MAXWELL in her individual capacity, PAMELA BROWN in her individual capacity, TERRI TOMBERLIN in her individual capacity,**<br><br>　　　　　Defendants. | Civil No. 1:14-cv-01559-MC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CASE WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to an agreement between the parties, Plaintiff, by and through her attorney Loren W. Collins, hereby moves the Court to dismiss the above-captioned case with prejudice and without the imposition of costs to any party.

DATED: October 12, 2016

　　　　　　　　　　　　　　　　　　　　By: /s/Loren W. Collins
　　　　　　　　　　　　　　　　　　　　Loren W. Collins, OSB #822213
　　　　　　　　　　　　　　　　　　　　Loren Collins P.C.
　　　　　　　　　　　　　　　　　　　　388 State St., Ste. 615
　　　　　　　　　　　　　　　　　　　　Salem, OR 97301
　　　　　　　　　　　　　　　　　　　　(971)273-0427
　　　　　　　　　　　　　　　　　　　　lorencollins2014@outlook.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff