IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SUSAN BLAKE;

        Plaintiff,

v.

CURRY HEALTH DISTRICT;
ANDREW BLAIR; LORA MAXWELL;
PAMELA BROWN; TERRI
TOMBERLIN,

        Defendants.

No. 1:14-cv-01559-MC

**JUDGMENT**

**McSHANE, J.**

Based on the agreement of the parties, as set forth in Plaintiff's Motion to Dismiss, ECF No. 58, this case is dismissed with prejudice and without fees or costs.

IT IS SO ORDERED.

DATED this 17 day of October, 2016.

                                                _____
                                                Michael McShane
                                                United States District Judge